*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00203-CR

**IN RE Joshua MAXWELL**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Karen Angelini, Justice
Rebecca Simmons, Justice
Marialyn Barnard, Justice

Delivered and Filed: April 7, 2010

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On March 10, 2010, Erica Haywood filed a petition for writ of mandamus, seeking an emergency stay of execution, commutation of sentence, etc. with regard to "Joshua Maxwell, Joshua Maxwell, Henry Skinner, and others." This court has determined that it lacks jurisdiction over relator's petition. *See* TEX. CODE CRIM. PROC. ANN. art. 4.03 (Vernon 2005) (providing "[t]he Courts of Appeals shall have appellate jurisdiction coextensive with the limits of their respective districts in all criminal cases except those in which the death penalty has been assessed."). Therefore, the petition is **DISMISSED FOR LACK OF JURISDICTION.** TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] Erica Haywood failed to specify the cause numbers and the respondent.